UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA ZIEMBOWICZ, and
RONALD KAMM, individually and
on behalf of all others similarly
situated,

    Plaintiffs,

v.

                                Hon. Linda V. Parker
                                Mag. David R. Grand

                                Case No. 4:18-cv-12561-LVP-DRG

NATIONAL GUNITE CO., INC.,
and STEVEN MILLIGAN,

    Defendants.
_____

## ORDER OF DISMISSAL

The parties having stipulated to dismiss all claims made against Defendants National Gunite Co., Inc., and Steven Milligan, according to the provisions of the Settlement Agreement,

**IT IS ORDERED** that this action be, and hereby is, **DISMISSED** with prejudice.

**IT IS SO ORDERED**.

                                          s/ Linda V. Parker
                                          LINDA V. PARKER
                                          UNITED STATES DISTRICT JUDGE

Dated: April 24, 2019